# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0916
_____

THE CJS SOLUTIONS GROUP,
LLC, d/b/a THE HCI GROUP,

    Appellant,

    v.

MAXINE SIMMONS, an individual,
and GLOBAL INFORMATION
TECHNOLOGY RESOURCES, INC., a
California corporation,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

May 29, 2019


PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kenneth A. Tomchin of Tomchin & Odom, P.A., Jacksonville, for Appellant.

David H. Spalter of Jill S. Schwartz & Associates, P.A., Winter Park, for Appellees.